**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Christna Roman

**Debtor(s)**

Case No.: 18–31720

Chapter: 13

ENTERED
06/18/2018

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/18/18

*[signature]*
Jeffrey P. Norman
United States Bankruptcy Judge