**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Christna Roman

**Debtor(s)**

Case No.: 18–31720

Chapter: 13

ENTERED
02/04/2019

### ORDER REOPENING CASE

*IT IS ORDERED* that this case is reopened.

Signed and Entered on Docket: 2/4/19

_____
Jeffrey P. Norman
United States Bankruptcy Judge